```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SHEIKH MUHAMMAD
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-05-529 GEB
                                   )
13              Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                   ) VACATING MOTIONS HEARING AND
14       v.                        ) CONTINUING TRIAL CONFIRMATION AND
                                   ) JURY TRIAL DATES; EXCLUSION OF
15  SHEIKH MUHAMMAD,               ) TIME
      aka DONZELL D. RUDOLF,       )
16                                 ) Date: March 16, 2007
                Defendant.         ) Time: 9:00 a.m.
17                                 ) Judge: Garland E. Burrell, Jr.
    _____
18
```

19         It is hereby stipulated between the parties, ANNE PINGS,

20  Assistant United States Attorney, attorney for Plaintiff, and LINDA C.

21  HARTER, Chief Assistant Federal Defender, Attorney for defendant, that

22  the motions hearing presently scheduled for January 26, 2007 be

23  vacated.

24         It is further stipulated that the trial-confirmation date of

25  February 9, 2007 and jury trial date of February 28, 2007 be vacated

26  and that a new trial-confirmation hearing date of **March 16, 2007** and

27  jury trial date of **April 3, 2007** at 9:00 a.m. be set.

28         This continuance is requested as it is anticipated that the co-

1  defendant in this case may be subpoenaed to testify.  The co-defendant
2  will not be sentenced until March 30, 2007.  In order to avoid some
3  potential 5th Amendment problems, the parties agree to have the trial
4  set after his scheduled sentencing date.
5         Further defense preparation will also be needed.
6         The period from January 26, 2007 through and including April 3,
7  2007 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and
8  Local Code T4 based upon continuity of counsel and defense preparation.
9  Dated: January 23, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        _____
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        SHEIKH MUHAMMAD

Dated: January 23, 2007                 MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Linda C. Harter for
                                        _____
                                        ANNE PINGS
                                        Assistant U.S. Attorney
                                        per telephonic authorization

                              **ORDER**

IT IS SO ORDERED.

Dated:  January 24, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stipulation & Order                     -2-